DIEGO AGÜEROS & CÍA., demandante y apelada, *v.* LEANDRO
FRONTADO, demandado y apelante.

No. 4080.—*Visto:* Diciembre 6, 1926. *Resuelto:* Diciembre 14, 1926.

APELACIÓN Y ERROR—DESESTIMACIÓN, RETIRO Y ABANDONO—APELACIÓN FRÍVOLA
Y CON EL FIN DE DILATAR.—Si solicitada desestimación de una apelación por
ser frívola y con el fin de dilatar los procedimientos no aparece que el ape-
lante haya impugnado la moción y nada aparente existe en relación con los
méritos del caso para revocar, procede la desestimación por el fundamento
alegado.

MOCIÓN sobre DESESTIMACIÓN de apelación presentada por la apelada.
*Con lugar.*

*Carmelo Honoré,* abogado del apelante; *Francisco Soto Gras* y *R.
Díaz Collazo,* abogados de la apelada.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del
tribunal.

La apelada solicita la desestimación del recurso alegando
que la apelación es frívola y con el fin de dilatar los pro-
cedimientos.

La acción es en cobro de un pagaré por la suma de
$1,670.84 para pagar el deudor en diez plazos iguales de
$167.08, todos los días 30 de cada mes, empezando el primer
pago el día 30 de mayo de 1925. Alegó la demandante que
el demandado ha dejado de pagar los plazos correspondien-
tes a los meses de mayo, junio y julio de 1925, encontrán-
dose vencido el pagaré de acuerdo con los propios términos
de la obligación.

El demandado admitió la autenticidad del pagaré y alegó
como defensa que había satisfecho los plazos relacionados
en la demanda. El juicio se celebró en ausencia del deman-
dado y practicada la prueba del demandante, la corte infe-
rior dictó sentencia de conformidad con la súplica de la de-
manda. Posteriormente el abogado del demandado pidió
reconsideración para que se dejara sin efecto la sentencia,
alegando esencialmente que el 11 de febrero de 1926, día
en que se celebró el juicio, tuvo que asistir como funciona-
rio del gobierno a la recepción de las obras del Riego de

Isabela, siendo su ausencia inevitable y que si además no compareció a la vista lo hizo fundado en las promesas de celebrarse en cualquier momento conveniente para las partes. La corte inferior, con razón, denegó la reconsideración porque el abogado del demandado no alegaba suficientes hechos de carácter legal que justifiquen lo solicitado.

Asumiendo que este incidente estuviera sujeto a nuestra consideración, la frivolidad de los motivos en que descansaba el abogado apelante era manifiesta. Ello demuestra simplemente la incompatibilidad y lo arriesgado que resulta de ejercer al mismo tiempo un cargo público y la práctica de la abogacía. Una u otra cosa tienen que ser desatendidas.

No aparece que el demandado haya impugnado la moción. Nada aparente existe, por consiguiente, en relación con los méritos del caso para revocar la sentencia. *La moción de la apelada por el fundamento alegado debe declararse con lugar y desestimarse el recurso.*

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de este caso.